# Order

Michigan Supreme Court
Lansing, Michigan

March 31, 2015

Robert P. Young, Jr.,
Chief Justice

149133(18)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LORI ANNE CHRISTMANN,
      Defendant-Appellant.

SC: 149133
COA: 320031
Oceana CC: 05-005169-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's October 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015



Clerk

p0323